**United States District Court**
For the Northern District of California

*E-FILED 11/30/05*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UBS PAINEWEBBER, INC., | NO. 5:02-cv-5734 RS |
| Plaintiff, | **ORDER SETTING STATUS CONFERENCE** |
| v. | |
| RANDY LARRY KRENZIN, | |
| Defendant. | |

Pursuant to the order filed on August 13, 2004, the above-entitled action was stayed pending completion of arbitration before the NASD. Since that arbitration should now be completed, the parties are ordered to appear before the Court for a status conference on December 14, 2005 at 2:30 p.m. to discuss the status of this case. In the alternative, plaintiff may file a dismissal of the action on or before December 12, 2005, in which event the conference shall be vacated.

IT IS SO ORDERED.

Dated: November 30, 2005                  /s/ Richard Seeborg
                                          RICHARD SEEBORG
                                          United States Magistrate Judge


**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN DELIVERED TO:**

Edward F. Donohue     edonohue@longlevit.com

Jason Alex Geller     jgeller@longlevit.com, dnethercott@longlevit.com

Steven Winick     shwinick@sheppardmullin.com, jgorsi@sheppardmullin.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

**Dated: 11/30/05**                                    **Chambers of Judge Richard Seeborg**

                                                        **By:**     **/s/ BAK**

**United States District Court**
For the Northern District of California